IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TROY EDWIN NEHLS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 1:25-cv-2568 |

THE UNITED STATES' MOTION TO DISMISS

The United States respectfully moves this Court for dismissal of Plaintiff's claims pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. Attached hereto in support of this motion are a memorandum of points and authorities, along with a proposed order.

DATED: September 15, 2025

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　BRETT A. SHUMATE
　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　Civil Division

　　　　　　　　　　　　　　　　　　　　KIRSTEN L. WILKERSON
　　　　　　　　　　　　　　　　　　　　Director, Torts Branch
　　　　　　　　　　　　　　　　　　　　Civil Division

　　　　　　　　　　　　　　　　　　　　DEBRA R. COLETTI
　　　　　　　　　　　　　　　　　　　　Acting Deputy Director, Torts Branch
　　　　　　　　　　　　　　　　　　　　Civil Division

*/s/Kristin McGrory*
PHIL MACWILLIAMS
Senior Trial Counsel, Torts Branch
Civil Division (attorney-in-charge)
DC Bar No. 482883
KRISTIN MCGRORY
Trial Attorney, Torts Branch
MD Bar. 0512140251
United States Department of Justice
Civil Division
Benjamin Franklin Station, P.O. Box 888
Washington, D.C. 20044
Telephone: (202) 616-4206
Email: kristin.b.mcgrory@usdoj.gov
Attorneys for Defendant
