# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TROY EDWIN NEHLS,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. 1:25-cv-2568 |

**THE UNITED STATES' UNOPPOSED MOTION TO STAY ALL FILING DEADLINES**

The United States of America hereby moves for a stay of all filing deadlines in the above-captioned case.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of all filing deadlines until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the

lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5.   Opposing counsel has authorized counsel for the Government to state that Plaintiff has no objection to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of all filing deadlines in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

DATED: October 1, 2025

                                            Respectfully submitted,

                                            BRETT A. SHUMATE
                                            Assistant Attorney General
                                            Civil Division

                                            DEBRA R. COLETTI
                                            Acting Deputy Director, Torts Branch
                                            Civil Division

                                            */s/Kristin McGrory*
                                            PHIL MACWILLIAMS
                                            Senior Trial Counsel, Torts Branch
                                            Civil Division (attorney-in-charge)
                                            DC Bar No. 482883
                                            KRISTIN MCGRORY
                                            Trial Attorney, Torts Branch
                                            MD Bar. 0512140251
                                            United States Department of Justice
                                            Civil Division
                                            Benjamin Franklin Station, P.O. Box 888
                                            Washington, D.C. 20044
                                            Telephone: (202) 616-4206
                                            Email: kristin.b.mcgrory@usdoj.gov
                                            Attorneys for Defendant

## CERTIFICATE OF CONFERENCE

In accordance with Local Rule 7(m), Defendant conferred with counsel for Plaintiff via email on October 1, 2025, and he indicated that Plaintiff does not oppose the request.

*/s/Kristin McGrory*
KRISTIN MCGRORY

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2025, I served the foregoing on counsel for Plaintiffs via the CM/ECF Filing System.

*/s/Kristin McGrory*
KRISTIN MCGRORY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TROY EDWIN NEHLS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:25-cv-2568 |

## **ORDER**

Before the Court is Defendants' Motion to Stay all Filing Deadlines. After considering the motion, the Court GRANTS the motion and ORDERS that all filing deadlines are currently stayed.

IT IS SO ORDERED.

SIGNED this the _____ of _____ 2025

_____
HON. COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE