IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TROY EDWIN NEHLS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:25-cv-2568 |

**THE UNITED STATES' NOTICE REGARDING LAPSE IN APPROPRIATIONS**

The lapse in appropriations that began on October 1, 2025, ended on November 12, 2025, with a continuing resolution funding the Department of Justice through January 30, 2026. Because of the lapse in appropriations, the Court granted the United States' motion for a stay of proceedings. *See* Order (Oct. 1, 2025). Now that the lapse in appropriations is over, the United States requests the Court lift the stay. As directed by the Court in its October 1, 2025 Order, all pending deadlines have been modified pursuant to the previous Standing Order 25-55. Pursuant to Standing Order 25-55, Plaintiff's response to the United States' Motion to Dismiss is now due on December 3, 2025, and the United States' reply in support of the Motion to Dismiss is due on December 17, 2025.

DATED: November 13, 2025

                          Respectfully submitted,

                          BRETT A. SHUMATE
                          Assistant Attorney General
                          Civil Division

                          JONATHAN D. GUYNN
                          Deputy Assistant Attorney General
                          Torts Branch
                          Civil Division

                          DEBRA R. COLETTI
                          Assistant Director
                          Torts Branch
                          Civil Division

                          */s/Kristin McGrory*
                          PHIL MACWILLIAMS
                          Senior Trial Counsel, Torts Branch
                          Civil Division (attorney-in-charge)
                          DC Bar No. 482883
                          KRISTIN MCGRORY
                          Trial Attorney, Torts Branch
                          MD Bar. 0512140251
                          United States Department of Justice
                          Civil Division
                          Benjamin Franklin Station, P.O. Box 888
                          Washington, D.C. 20044
                          Telephone: (202) 616-4206
                          Email: kristin.b.mcgrory@usdoj.gov
                          Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2025, I served the foregoing on counsel for Plaintiff via the CM/ECF Filing System.

*/s/Kristin McGrory*
KRISTIN MCGRORY