IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TROY EDWIN NEHLS, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 1:25-cv-2568 |

## THE UNITED STATES' CORRECTED NOTICE REGARDING LAPSE IN APPROPRIATIONS

The lapse in appropriations that began at midnight on October 1, 2025, ended on November 12, 2025, with a continuing resolution funding the Department of Justice through January 30, 2026. Because of the lapse in appropriations, the Court granted the United States' motion for stay of proceedings. *See* Order (Oct. 1, 2025). Now that the lapse is appropriations is over, the United States requests the Court lift the stay. As directed by the Court in its October 1, 2025, Order, all pending deadlines have been modified pursuant to the previous Standing Order 25-55. Pursuant to Standing Order 25-55, Plaintiff's response to the United States' Motion to Dismiss is now due December 8, 2025, and the United States' reply in support of the Motion to Dismiss is due December 22, 2025.[1]

---

[1] In the notice filed on November 13, 2025, the United States mistakenly stated that Plaintiff's response to the motion to dismiss was due December 3, 2025, and that the United States' reply was due December 17, 2025. This corrected notice reflects the correct due dates based on the guidance set forth in Standing Order 25-55.

DATED: December 1, 2025

                Respectfully submitted,

                BRETT A. SHUMATE
                Assistant Attorney General
                Civil Division

                JONATHAN D. GUYNN
                Deputy Assistant Attorney General
                Torts Branch
                Civil Division

                DEBRA R. COLETTI
                Assistant Director
                Torts Branch
                Civil Division

                */s/Kristin McGrory*
                PHIL MACWILLIAMS
                Senior Trial Counsel, Torts Branch
                Civil Division (attorney-in-charge)
                DC Bar No. 482883
                KRISTIN MCGRORY
                Trial Attorney, Torts Branch
                MD Bar. 0512140251
                United States Department of Justice
                Civil Division
                Benjamin Franklin Station, P.O. Box 888
                Washington, D.C. 20044
                Telephone: (202) 616-4206
                Email: kristin.b.mcgrory@usdoj.gov
                Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2025, I served the foregoing on counsel for Plaintiff via the CM/ECF Filing System.

*/s/Kristin McGrory*
KRISTIN MCGRORY