IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TROY EDWIN NEHLS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:25-cv-2568 |

### NOTICE OF WITHDRAWAL

Notice is hereby given that Kristin McGrory of the U.S. Department of Justice, Civil Division, Torts Branch, withdraws as counsel for Defendant Untied States of America.

Senior trial attorney Phil MacWilliams has appeared on behalf of Defendant United States of America and will continue as counsel.

DATED: January 20, 2026

                                                    Respectfully submitted,

                                                    BRETT A. SHUMATE
                                                    Assistant Attorney General
                                                    Civil Division

                                                    JONATHAN D. GUYNN
                                                    Deputy Assistant Attorney General
                                                    Torts Branch
                                                    Civil Division

                                                    DEBRA R. COLETTI
                                                    Assistant Director
                                                    Torts Branch
                                                    Civil Division

                        */s/Kristin McGrory*
                        KRISTIN MCGRORY
                        Trial Attorney, Torts Branch
                        MD Bar. 0512140251
                        United States Department of Justice
                        Civil Division
                        Benjamin Franklin Station, P.O. Box 888
                        Washington, D.C. 20044
                        Telephone: (202) 616-4206
                        Email: kristin.b.mcgrory@usdoj.gov
                        Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2026, I served the foregoing on counsel for Plaintiff via the CM/ECF Filing System.

                        */s/Kristin McGrory*
                        KRISTIN MCGRORY