**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TROY EDWIN NEHLS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:25-cv-2568 |

# NOTICE OF WITHDRAWAL

Notice is hereby given that Philip D. MacWilliams of the U.S. Department of Justice, Civil Division, Torts Branch, withdraws as counsel for Defendant United States of America.

Trial Attorney Jennifer Gans has appeared on behalf of Defendant United States of America and will continue as counsel.

DATED: August 19, 2026

Respectfully submitted,

*/s/Phil MacWilliams*
PHILIP D. MACWILLIAMS
Director, Torts Branch
United States Department of Justice
Civil Division
Benjamin Franklin Station, P.O. Box 888
Washington, D.C. 20044
Telephone: (202) 616-4285
Email: phil.macwilliams@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2026, I served the foregoing on counsel for Plaintiff via the CM/ECF Filing System.

*/s/Phil MacWilliams*
PHILIP D. MACWILLIAMS